AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:20-mj-3689 | Date and time warrant executed:<br>11/3/2020 | Copy of warrant and inventory left with:<br>N/A |
| Inventory made in the presence of :<br>SA Gitana Gotay | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Subject Device N1- Not searched no data seized. Locked and discontinued attempts to gain access.

Subject Device N2- Appx 60.12GB of data extracted from the phone. Photos, videos, messages, contacts and other digital evidence collected.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  12/08/2020

_Executing officer's signature_

TFO Jeff Kishi

_Printed name and title_